AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV164583

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Eric Mitchell at 8200 Wilshire Boulevard, #200 Beverley Hills, CA 90069

was received by me on *(date)* August 22, 2016

☐ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* "Jane Doe" Hispanic female 30-35 y/o; 5'5"; 160 lbs; Brown hair; brown eyes - Receptionist, person in charge, a person of suitable age and discretion who resides there, on *(date)* August 31, 2016, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: September 1, 2016

[signature]
*Server's signature*

Alexandra Melgoza Reg#: 2014277065
*Printed name and title*

USA Express Legal & Investigative Services, Inc.
21031 Ventura Blvd, Suite 920, Woodland Hills, CA 91364
*Server's address*

American LegalNet, Inc.
www.FormsWorkFlow.com

Additional information regarding attempted service, etc:
August 31, 2016 at 12:00 pm- Not available.
August 31, 2016 at 1:10 pm - Not available.
August 30, 2016 at 2:05 pm - Not available.
August 31, 2016 at 2:45 pm- Arrived at location, spoke with "Jane Doe" -Hispanic female, 30-35 y/o; 5'5"; 160 lbs; brown hair; brown eyes- refused to provide her name. I explained the nature of my visit and the nature of documents and he agreed to accept service on behalf of our subject. I then substituted service by leaving documents with Receptionist.
September 1, 2016- Documents Mailed.