NAIDICH WURMAN LLP
*Attorneys at Law*
111 GREAT NECK ROAD, SUITE 214
GREAT NECK, NEW YORK 11021
TELEPHONE (516) 498-2900
FACSIMILE (516) 466-3555

RICHARD S. NAIDICH
KENNETH H. WURMAN
—
JUDAH A. EISNER

BERNARD S. FELDMAN
ROBERT P. JOHNSON
*OF COUNSEL*

September 19, 2016

VIA ECF
Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: KBM Worldwide, Inc. v. Writ Media Group, Inc. and Eric Mitchell
Case No.: cv-16-4583 (JFB) (ARL)

Honorable Sir:

This office represents KBM Worldwide, Inc. the plaintiff in the above entitled action and we are in receipt of a copy of a letter dated September 16, 2016 from Simon S. Kogan, Esq., counsel for defendants, which letter requests a pre motion conference and for permission for counsel to appear by telephone.

We do not object to the requests made by counsel. However, we disagree with his analysis of plaintiff's Rule 10b-5 claim and believe that the claim would survive a motion to dismiss. We do wish to point out that the complaint posits Federal jurisdiction upon the grounds of diversity as well as that conferred by the Rule 10b-5 claim. Accordingly, even if the defendants' motion was successful, we would seek to continue this action based upon the other six causes of action that are set forth and which counsel does not address.

Respectfully yours,

Robert P. Johnson

RPJ:ael
cc: Simon S. Kogan, Esq. (via e-mail)