AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

KBMWORLWIDE
*Plaintiff*
v.
WRIT MEDIA GROUP,INC. AND ERIC MITCHELL
*Defendant*

Case No. 16-CV04583-JFB-ARL

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants Writ Media Group and Eric Mitvhell .

Date: 09/19/0201

/s/Simon Kogan
*Attorney's signature*

Simon Kogan (sk-2132)
*Printed name and bar number*

171 Wellington Court, Suite 1J
Staten Island, N.Y.10314
*Address*

simonkogan@koganlaw.net
*E-mail address*

(718) 984-3789
*Telephone number*

(917) 791-8800
*FAX number*

Print Save As... Reset