UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KBM WORLDWIDE, INC.<br><br>Plaintiff,<br><br>-against-<br><br>WRIT MEDIA GROUP, INC. AND ERIC MITCHELL,<br><br>Defendants. | Civil Action No.: 16-cv-4583<br><br>STIPULATION |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective attorneys as follows:

1. The fifth cause of action for violations of Section 10b of the Exchange Act as contained in the plaintiff's complaint is hereby withdrawn with prejudice.

2. Said withdrawal is without prejudice to any of the other claims or defenses presented.

3. This stipulation may be signed by facsimile transmission or e-mail and such signature shall be as valid and binding as an original signature.

Dated: Great Neck, New York
October 11, 2016

SIMONS S. KOGAN, ESQ.

By:____________________
Simons S. Kogan, Esq.
Attorneys for Defendant
171 Wellington Ct.
Staten Island, NY 10314
Telephone: (718) 494-3789
Facsimile: (917) 791-8800

NAIDICH WURMAN LLP

By:____________________
Richard S. Naidich, Esq. (RSN 4102)
Attorneys for Plaintiff
111 Great Neck Road, Suite 214
Great Neck, NY 11021
Telephone: (516) 498-2900
Facsimile: (516) 466-3555