UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KBM WORLDWIDE, INC.<br><br>Plaintiff,<br><br>-against-<br><br>WRIT MEDIA GROUP, INC. AND ERIC MITCHELL,<br><br>Defendants. | Civil Action No.: 2:16-cv-4583 (JFB) (ARL) |

REPLY AND ANSWER TO COUNTERCLAIMS

Plaintiff, KBM WORLDWIDE, INC. ("KBM"), files this Reply and Answer to Counterclaims and shows and alleges the following:

1. Denies the allegations contained in paragraphs 61, 62, 63, 64, 65, 66, 66 (sic), 67, 68, 69, 70, 71, 72, 73, 74, 75 and 76 of the Defendants' Answer with Counterclaims.

2. Denies information sufficient to form a belief as to the truth or falsity of the other allegations in the Defendants' Answer with Counterclaims not otherwise specifically denied hereinabove.

AS AND FOR A FIRST AFFIRMATIVE DEFENSE

3. Plaintiff repeats and realleges the allegations contained in paragraphs 1 and 2 of this reply with the same force and effect as if fully set forth at length herein.

4. That the defendants' counterclaims fail to state a cause of action for which relief may be granted and fail to comply with both FRCP Rule 8 and Rule 9.

5. That by reason of the foregoing, the counterclaims should be dismissed.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE

6. Plaintiff repeats and realleges the allegations contained in paragraphs 1 - 5 of this reply with the same force and effect as if fully set forth at length herein.

7. That a defense to the counterclaims is founded upon documentary evidence.

8. That by reason of the foregoing, the counterclaims should be dismissed.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE

9. Plaintiff repeats and realleges the allegations contained in paragraphs 1 -8 of this reply with the same force and effect as if fully set forth at length herein.

10. That the relief sought in the counterclaims is barred by the doctrines of waiver, estoppel and laches.

11. That by reason of the foregoing, the counterclaims should be dismissed.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

12. Plaintiff repeats and realleges the allegations contained in paragraphs 1- 11 of this reply with the same force and effect as if fully set forth at length herein.

13. That the defendants have in fact sustained no damages and have failed to mitigate whatever damages they might have sustained.

14. That by reason of the foregoing, the counterclaims should be dismissed.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

15. Plaintiff repeats and realleges the allegations contained in paragraphs 1- 14 of this reply with the same force and effect as if fully set forth at length herein.

16. That the relief sought in the counterclaims is barred by the doctrine of unclean hands.

17. That by reason of the foregoing, the counterclaims should be dismissed.

AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

18. Plaintiff repeats and realleges the allegations contained in paragraphs 1-17 of this reply with the same force and effect as if fully set forth at length herein

19. That the defendants do not have standing to maintain these counterclaims or legal capacity to maintain the same.

20. That by reason of the foregoing, the counterclaims should be dismissed.

AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

21. Plaintiff repeats and realleges the allegations contained in paragraphs 1-20 of this reply with the same force and effect as if fully set forth at length herein

22. That the relief sought in the counterclaims is barred by the applicable statute of limitations.

23. That by reason of the foregoing, the counterclaims should be dismissed.

WHEREFORE, plaintiff demands judgment dismissing the counterclaims in their entirety, awarding plaintiff the relief sought in the complaint and granting the plaintiff such other and further relief as to the Court may seem just and proper.

Dated: Great Neck, New York
November 2, 2016

Yours, etc.

NAIDICH WURMAN LLP

By: ______________________

Richard S. Naidich, Esq. (RSN-4102)
111 Great Neck Road, Suite 214
Great Neck, NY 11021
Telephone:516-498-2900
Facsimile:516-466-3555
Attorneys for Plaintiff –
KBM WORLDWIDE, INC.

TO: SIMON KOGAN, ESQ.
Attorney for Defendants
171 Wellington Court – Suite 1J
Staten Island, NY 10314
(718) 984-3789