DATE: 3/22/17 AT: 3:22 p.m. TIME IN COURT: 4 min.

BEFORE: JUDGE JOSEPH F. BIANCO, U.S.D.J.:

CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: CV 16-4583

TITLE: KBM Worldwide, Inc. V. Writ Media Group, Inc. Et al.

FTR: 3:22-3:26 COURTROOM DEPUTY: Michele Savona

X CASE CALLED.

X COUNSEL FOR ALL SIDES PRESENT.

____ COUNSEL FOR ________ NOT PRESENT.

X CONFERENCE HELD.

____ DISCOVERY TO BE COMPLETED BY ________

____ PARTIES TO COMPLETE ________
BY THE NEXT CONFERENCE OR BY ________

____ NEXT CONFERENCE SET FOR ________

____ CASE TO BE REFERRED TO MAGISTRATE JUDGE ________
FOR ________

X MOTION TO BE FILED BY 4/5/2017 ;
RESPONSE BY 5/5/2017 ;
REPLY BY 5/12/2017 .

X ORAL ARGUMENT SET FOR 6/13/2017 at 1:00 p.m.

____ JURY SELECTION SET FOR ________

____ JURY TRIAL SET FOR ________

____ OTHER: ________