UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KBM WORLDWIDE, INC.,

Plaintiff,

-against

WRIT MEDIA GROUP, INC. AND ERIC MITCHELL,

Defendants.

-----------------------------------------------------------------X

Case No.: 2:16-cv-4583 (JFB) (ARL)

NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE, that upon the annexed affidavit of Seth Kramer, sworn to on the 5th day of April, 2017; and upon the annexed affirmation of Richard S. Naidich dated April 5, 2017; and upon the exhibits annexed hereto; and upon the Plaintiff's Memorandum of Law, and upon all of the prior papers and proceedings heretofore had herein, the undersigned will move the United States District Court for the Eastern District of New York, at the United States Courthouse located at 100 Federal Plaza, Central Islip, New York, before the Hon. Joseph F. Bianco, for an Order:

A. Awarding summary judgment in favor of the plaintiff and against defendant Writ Media Group, Inc. for the relief demanded in the First, Third and Sixth Causes of Action contained in the Complaint, pursuant to F.R.C. P. Rule 56;

B. Awarding summary judgment in favor of the plaintiff and against defendant Writ Media Group, Inc. dismissing the First Affirmative Defense and Counterclaim, and the Second, Third, Third (sic), Fourth, Fifth, Sixth and Seventh Affirmative Defenses contained in the Answer, pursuant to F.R.C.P. Rule 56;

C. Discontinuing this action against defendant Eric Mitchell without prejudice, pursuant to F.R.C.P. Rule 41(a)(2); and

D. Granting plaintiff such other and further relief as to the Court may seem just and proper.

Dated: Great Neck, New York
April 5, 2017

Yours, etc.

Richard S. Naidich (RSN-4102)
NAIDICH WURMAN LLP
Attorneys for Plaintiff
111 Great Neck Road – Suite 214
Great Neck, NY 11021
(516) 498-2900

TO: SIMON KOGAN, ESQ.
Attorney for Defendants
171 Wellington Court – Suite 1J
Staten Island, NY 10314
(718) 984-3789