UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KBM WORLDWIDE, INC.

Plaintiff,

v.

WRIT MEDIA GROUP, INC.
AND ERIC MITCHELL,

Defendants.
-----------------------------------------------------------------X

Case No.: 2:16-cv-4583
(JFB) (ARL)

STATEMENT OF MATERIAL FACTS

Plaintiff, KBM Worldwide, Inc., as and for its Statement of Material Facts on Motion for Summary Judgment, as required by Local Civil Rule 56.1, shows and alleges as follows:

1. That on or about June 3, 2014 plaintiff KBM Worldwide, Inc. ("KBM") received a Convertible Promissory Note in the amount of $53,000 made, executed and delivered by defendant Writ Media Group, Inc. ("Writ Media"). See Exhibit "A".

2. That on or about June 3, 2014 KBM received a Securities Purchase Agreement in the amount of $53,000 made, executed and delivered by Writ Media. See Exhibit "B".

3. That only $5,735.00 of said Note has been repaid to date. See Complaint paragraph 19; Affidavit of Seth Kramer, paragraph 9.

4. That Writ Media defaulted under the June 3, 2014 Note and Agreement by failing to maintain sufficient shares in reserve and by failing to comply with its reporting requirements under the Federal Securities Laws. See Complaint paragraph 18; Affidavit of Seth Kramer, paragraph 8.

5. That these defaults have never been cured. See Complaint paragraph 19; Affidavit of Seth Kramer, paragraph 9.

6. That the maturity date for payment under the June 3, 2014 Note has come and gone and no payment has been made, such that Writ Media is in default for an additional reason. See Complaint paragraph 19; Affidavit of Seth Kramer, paragraph 9.

7. That the Note provides that upon such default, the amount due thereunder shall be increased to 150% of the then principal balance, such that the amount of principal under the June 3, 2014 Note was increased to $71,437.00. See Exhibit "A"; Affidavit of Seth Kramer, paragraph 10.

8. That a Notice of Default was served upon Writ Media on February 23, 2015. See Exhibit "A" to the Complaint; Affidavit of Seth Kramer, paragraph 12.

9. That on or about July 29, 2014 Writ Media made, executed and delivered to KBM a Convertible Promissory Note in the amount of $32,500.00. See Exhibit "C".

10. That on or about July 29, 2014 Writ Media made, executed and delivered to KBM a Securities Purchase Agreement in the amount of $32,500.00. See Exhibit "D".

11. That as a result of Writ Media's defaults, the amount owed on the July 29, 2014 Note has been increased to $48,750.00. See Exhibits "C" and "D".

12. That on or about September 15, 2014 Writ Media made, executed and delivered to KBM a Convertible Promissory Note in the amount of $63,000.00 See Exhibit "E".

13. That on or about September 15, 2014 Writ Media made, executed and delivered to KBM a Securities Purchase Agreement in the amount of $63,000.00. See Exhibit "F".

14. That as a result of Writ Media's defaults the amount owed on the September 15, 2014 Note has been increased to $94,500.00. See Exhibits "E" and "F".

15. That other than the payment of $5,735.00 referred to above, there have been no other conversions of debt into stock pursuant to the Notes and Agreements and no payments have been made on said Notes and Agreements. See Complaint paragraph 25; Affidavit of Seth Kramer, paragraph 13.

16. That on February 6, 2017 Writ Media executed and submitted to the United States Securities and Exchange Commission a Form 10Q reflecting that Writ Media is insolvent. See Exhibit "I".

17. That between February 2012 and May 2013 Writ Media made, executed and delivered to Asher Enterprises, Inc., a company related to and under common ownership with KBM, a series of six similar convertible promissory notes and securities purchase agreements all of which were successfully completed and paid through the conversion process without incident or complaint by Writ Media. See Affirmation of Richard S. Naidich, paragraphs 13, 14, 15 and Affidavit of Seth Kramer, paragraph 20.

18. That Writ Media failed to comply with the request for conversion on August 15, 2016 as the conversion could not be completed because Writ Media had changed transfer agents and failed to maintain the required amount of shares in reserve. See Affidavit of Seth Kramer, paragraph 21.

WHEREFORE, it is respectfully requested that the motion be granted in all respects, together with such other and further relief as to the Court may seem just and proper.

Dated: Great Neck, New York
April 5, 2017

RICHARD S. NAIDICH
Naidich Wurman LLP
Attorneys for Plaintiff
111 Great Neck Road – Suite 214
Great Neck, NY 11021
(516) 498-2900