Exhibit G

NAIDICH WURMAN LLP
*Attorneys at Law*

111 GREAT NECK ROAD, SUITE 214
GREAT NECK, NEW YORK 11021
TELEPHONE (516) 498-2900
FACSIMILE (516) 466-3555

RICHARD S. NAIDICH
KENNETH H. WURMAN

JUDAH A. EISNER

BERNARD S. FELDMAN
ROBERT P. JOHNSON

OF COUNSEL

February 23, 2015

**NOTICE OF DEFAULT**

***VIA E-MAIL (eric.mitchell@writmediagroup.com);***
***& FEDERAL EXPRESS***
Writ Media Group, Inc.
8200 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211

ATTN: Eric Mitchell, CEO

RE: KBM Worldwide, Inc. with Writ Media Group, Inc.

Dear Mr. Mitchell:

As you know, KBM Worldwide, Inc. (the "Investor") made loans to Writ Media Group, Inc. (the "Company") and the Company executed, among other things one or more Convertible Promissory Note(s) (the "Note(s)"). The Note(s) provide in pertinent part that the Company shall be in default if it fails to comply with the reporting requirements of the Exchange Act.

Based upon the foregoing, the Company is now in default under the Note(s). Demand is hereby made for the immediate payment as provided in the Note(s) a sum representing 150% of the remaining outstanding principal balances, together with Default Interest as provided for in the Note(s) (the "Default Amount"). Your failure to comply with the demand of this letter will result in the investor, exercising all rights under the Note(s). Additionally, should the Default Amount not be paid within 5 business days from the date of this letter, in addition to all the other rights and remedies available to it, the Investor shall in its sole discretion convert the Default Amount into equity as provided for in the Note(s).

Very truly yours,

Bernard S. Feldman,
Of Counsel

BSF:ms
Cc: KBM Worldwide, Inc.