**Exhibit "M"**

<Menu> to Return to Your Search

1) Delete | 2) Reply | 22) Reply All | 3) Forward | 12) Prev | 11) Next | 99) Options | Message | View

08/10/16 13:14:27

From Eric Mitchell <eric.mitchell@writmediagroup.com>

To CURT KRAMER, curtkramer6666@aol.com

Subject WRIT Notes

Attached No Attachments 91) ☆ 92) Move 94)

85) Mark as Spam 79) Show in Rich Text 74) Default to Rich Text for Send

Curt,

I received your multiple text messages yesterday and again this morning. I was traveling yesterday and today and was unable to reply.

First, let me make it clear that my fiduciary rests with WRIT Media Group to make sure that we execute the best deal with respect to both agreeing to a sale of the notes and bringing in new money. The company will be able to execute that deal based iupon us filing our 10K, which will happen on or before Monday. Once the filing is completed we can address the buyout/payoff of the notes.

I am available this afternoon after 2pm if you wish to call to discuss.

SN 582084 EDT GMT-4:00 H451-3783-2 05-Apr-2017 13:54:02

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2017 Bloomberg Finance L.P.