UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
KBM WORLDWIDE, INC.
Plaintiff
-against-

WRIT MEDIA GROUP, INC. And
ERIC MITCHELL,

Defendant.
-----------------------------------------------X

STATE OF CALIFORNIA )

COUNTY OF LOS ANGELES )S.S.:

ERIC MITCHELL,being duly sworn, deposes and says:

1. I am the chief Executive Officer of defendant Writ Media Group. Isubmit this affidavit in opposition to plaintiff's motion for summary judgment herein. I submit that the **plaintiff's** motion should be denied since there aresignificant issues of material fact to be resolved.

2. As Writ's Chief Executive Officer, I understood that I owed our shareholders a fiduciary duty to maintain our stock price. One of the things I recognized was the powerful incentive that KBM had to sell our stock short in an effort to artificially depress our stock price. Accordingly, I negotiated that the Securities Purchase Agreements that governed these transactions include express prohibitions against short-scales. Specifically, each of the Securities Purchase Agreements included thefollowing covenantagainst shortsales:

> m. Trading Activities. Neither the Buyer nor its affiliates has an open short position in the common stock of the Company and the Buyer agree that it shall not, and that it will cause its affiliates not to, engagein in any short sales of or hedging transactionswith respect to the common stock of the Company.

With this prohibition against short-selling in place, I felt that I had discharged my duties to me shareholders. As the six month anniversary of the sale of these notes approached, I noticed an unexplained uptick in our trading volume.

3. Eventually, I learned that this uptick in trading volume was caused by the introduction of several large blocks of common stock into the marketplace.

4. Ecord maintained in th regular course of business

5.Annexed as Exhibit A is a chart showing the trading activity in our stock from Frbruary 4,2014 to May 11, 2017.

6. Annexed as Exhibit B is a chart showing the short trading interest in our common stock during the relevant time period. Exhibit B is telling as it shows how the short interest grew during the period.

7.Exhibit A is arecord available from NASDAQ as a business recordmaintained in the usual course of business.

8. I submit that, taken together, Exhibits A and B confirm my suspicions that writ Media's stock was sold short in an effort to depress the price of the stock.

9. Certainly, they raise a serious question of fact that must be resolved by the trier of fact.

10. For these reasons I submit that the plaintiff's motion should be denied in its entirety.

S/____________________
Eric Mitchell

ay of May, 2017
Swornto before me this ___