UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
KBM WORLDWIDE, INC.
Plaintiff
-against-

WRIT MEDIA GROUP, INC. And
ERIC MITCHELL, Defendant.
-------------------------------------------------------x

AFFIRMATION OF SIMON KOGAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

KOGAN, an attorney duly licensed to practice law in the Eastern District of New York, underpenalty of perjury, affirms as follows:

1. I am counsel for the defendants. Irespectfully submit this Affirmation in Opposition to Plaintiff's Motion for Summary Judgment.

2. Mr.Cramer, plaintiff's President is a recidivist Securities Law violator.

3. Annexed hereto as Exhibit A is a copy of the Securities and exchange Commision's decision in Myriad Interactive. In that case, the Commission concluded that Mr.Cramer improperly obtained millions of shares in penny stock companies in violation of the federal Securities Laws. The conversions

4. It appears that Mr. Cramer is up to his old tricks again. If permitted to go through, the conversions for which plaintiff seeks specific performance would call for the issuance of several million shares of unregistered Writ Media Common stock to unsuspecting downstream shareholders. It should come as no surprisethat defendant writ Media wants nothing to do with

these shenanigans. Certainly, a reasonable jury could find for defendant Writ Media. Accordingly, questions of fact predominate and plaintiff's motion should be denied.

Dated: Staten Island, New York
May 16, 2016

S/Simon Kogan