UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KBM WORLDWIDE, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>WRIT MEDIA GROUP, INC. AND ERIC MITCHELL,<br><br>Defendants. | Civil Action No.: 2:16-cv-4583 (JFB) (ARL) |

REPLY AFFIDAVIT OF SETH KRAMER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

STATE OF NEW YORK )
) ss:
COUNTY OF NASSAU )

Seth Kramer, being duly sworn, deposes and says:

1. I am the President of KBM Worldwide, Inc. the plaintiff in the above entitled action, ("KBM") and am fully familiar with all of the facts and circumstances as hereinafter set forth.

2. I am making this affidavit in reply to the Affidavit of Eric Mitchell and in further support of the plaintiff's motion for summary judgment.

3. Mr. Mitchell's reliance upon Article 4 (m) of the Securities Purchase Agreement is misplaced to say the least. The language contained therein is standard boiler plate language that appears in all of the Securities Purchase Agreement involving KBM. Mr. Mitchell did not negotiate that provision and played no part in its inclusion in the Securities Purchase Agreements at issue.

4. Contrary to Mr. Mitchell's "suspicions" neither KBM nor any person or entity affiliated with it ever engaged in any short sales of the stock of Writ Media Group, Inc. Indeed, KBM would not have any incentive or motive to do so since it acquires stock in companies such as Writ Media only through the conversion process. As a matter of fact, it is virtually impossible to engage in such short sales of penny stock companies as there can be no assurance that the stock can be purchased in order to fulfill the sale. In any event, KBM fully complied with all of its contractual obligations and Mr. Mitchell has no evidence to the contrary.

5. Further, Mr. Mitchell's reliance on certain letters issued by regulatory authorities that do not involve KBM (or Writ Media for that matter) is also misplaced. Nothing contained in those letters represents a defense to this action or presents any legal or factual reason why KBM is not entitled to enforce the causes of action set forth in the complaint. The contentions of Mr. Mitchell are nothing but a smoke screen and delaying tactic and his efforts to deny summary judgment should be rejected.

WHEREFORE, it is respectfully requested that the motion be granted in all respects, together with such other and further relief as to the Court may seem just and proper.

SETH KRAMER

Sworn to before me this
22nd day of May, 2017

NOTARY PUBLIC

ROBERT P. JOHNSON
NOTARY PUBLIC STATE OF NEW YORK
NO. 30-4735214
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MARCH 30, 19 2019