**CIVIL CAUSE FOR BENCH RULING**

BEFORE JUDGE BIANCO

January 12, 2018

TIME: 3:00 p.m.

TIME IN COURT: ___ min.

CASE NUMBER: CV 16-4583

TITLE: **KBM WORLDWIDE V. WRIT MEDIA GROUP**

PLTFFS ATTY: **Robert Johnson**
X present ___ not present

DEFTS ATTY: **Simon Kogan**
X present ___ not present

FTR RECORDER: 2:08- 2:21

COURTROOM DEPUTY: Michele Savona

OTHER: ______________________________

X CASE CALLED.

X CONFERENCE HELD

___ ARGUMENT HEARD / CONT'D TO________________.

X DECISION MADE ON THE RECORD.

**OTHER:** Pretrial order to be filed by 4/20/18 .