UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---X
KBM WORLDWIDE, INC.,

Plaintiff,

-against-

WRIT MEDIA GROUP, INC. AND
ERIC MITCHELL,

Defendants.
---X

**STIPULATION AND ORDER OF DISMISSAL**

CV-16-4583

Bianco, J.
Lindsay, M.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above-captioned action as against all defendants is hereby dismissed, without prejudice, and without an award of costs or fees to any party.

NAIDICH WURMAN LLP

By: ______________________
Richard S. Naidich (RN4102)
111 Great Neck Road, Suite 214
Great Neck, New York 11021
(516) 498-2900 (tel.)

*Attorneys for Plaintiff*
*KBM WORLDWIDE, INC.*

SIMON S. KOGAN, ESQ.

By: ______________________
Simon S. Kogan, Esq. ( SK2132
171 Wellington Court
Staten Island, New York 10314
(718) 494-3789(tel.)

*Attorneys for Defendants*
*WRIT MEDIA GROUP, INC. and*
*ERIC MITCHELL*

SO ORDERED this ___ day of March, 2018

______________________
Hon. Joseph A. Bianco, U.S.D.J.